585 A.2d 388

STATE OF NEW JERSEY v. ROBERT KOCH.

October 10, 1990.

Petition for certification denied.

585 A.2d 388

STATE OF NEW JERSEY v. DEBORAH KENT.

October 10, 1990.

Petition for certification granted.

585 A.2d 388

STATE OF NEW JERSEY, IN THE INTEREST OF J.O.

October 10, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 248, 576 *A.*2d 342)

585 A.2d 388

STATE OF NEW JERSEY v. NICHOLAS KRYIAZIS.

October 10, 1990.

Petition for certification denied.